# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ESURANCE INSURANCE COMPANY,  :
        Plaintiff,  :
                        : CIVIL ACTION
   v.                     :
                          : NO. 16-cv-5739
LAVADA BOWSER,  :
CAROL HARVEY,  :
        Defendants.  :

## ORDER

AND NOW, this 8th day of May, 2017, upon consideration of Plaintiff's Motion for Reconsideration (Doc. No. 9), for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.